Anthony TOWNSEND, Petitioner–
Appellant,

v.

Renoice STANCIL, Respondent–
Appellee.

No. 13–6398.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 18, 2013.

Decided: July 23, 2013.

Anthony Townsend, Appellant Pro Se.
Mary Carla Hollis, Assistant Attorney
General, Raleigh, North Carolina, for Appellee.

Before WILKINSON, MOTZ, and
SHEDD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Anthony Townsend seeks to appeal the
district court's order denying relief on his
28 U.S.C. § 2254 (2006) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(A)
(2006). A certificate of appealability will
not issue absent "a substantial showing of
the denial of a constitutional right." 28
U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a
prisoner satisfies this standard by demonstrating that reasonable jurists would find
that the district court's assessment of the
constitutional claims is debatable or
wrong. *Slack v. McDaniel,* 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); *see Miller–El v. Cockrell,* 537 U.S.
322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d
931 (2003). When the district court denies
relief on procedural grounds, the prisoner
must demonstrate both that the dispositive
procedural ruling is debatable, and that
the petition states a debatable claim of the
denial of a constitutional right. *Slack,* 529
U.S. at 484–85, 120 S.Ct. 1595.

We have independently reviewed the
record and conclude that Townsend has
not made the requisite showing. Accordingly, we deny Townsend's motion for appointment of counsel, deny leave to proceed in forma pauperis, deny a certificate
of appealability, and dismiss the appeal.
We dispense with oral argument because
the facts and legal contentions are adequately presented in the materials before
this court and argument would not aid the
decisional process.

*DISMISSED.*